## MONIQUE GODFREY *versus* AMBROSE BEACH
### March 4, 1841.

McClelland & Christiancy, attornies for plaintiff.
Wing, Noble, Felch, Romeyn, attornies for defendant.